**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 10-07050  BKT  Judge: Brian Tester
Case Name: VICENTE ALBA, RAMON M

Trustee Name: NOREEN WISCOVITCH-RENTAS
Date Filed (f) or Converted (c): 08/03/10 (f)
341(a) Meeting Date: 09/07/10

For Period Ending: 09/30/10  (1st reporting period for this case)

Claims Bar Date: 12/26/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCIAL PROPERTY LOCATED AT COND. VILLAS DE PL | 220,000.00 | 0.00 | DA | 0.00 | FA |
| 2. RESIDENTIAL PROPERTY LOCATED IN TRUJILLO ALTO PUER | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 3. CASH | 300.00 | 0.00 | DA | 0.00 | FA |
| 4. SECURITY DEPOSITS | 500.00 | 500.00 | DA | 0.00 | FA |
| 5. SEE ATTACHED OF HOUSEHOLDGOODS . DEBTOR IS OWNER | 11,950.00 | 0.00 | DA | 0.00 | FA |
| 6. ART WORKS SEE ATTACHED LISTDEBTOR IS OWNER IS OWNE | 19,800.00 | 19,800.00 | | 0.00 | 19,800.00 |
| 7. USED WEARING APPAREL | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. SEE ATTACHED LIST OF JEWELRY. DEBTOR IS OWNER IS | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 9. DEBTOR IS THE OWNER OF 50% OF THE STOCKS OF RAVICO | 25,000.00 | 1.00 | | 0.00 | 1.00 |
| debtor's attorney amended schedule B to change value (original value listed $1.00) | | | | | |
| 10. DEBTOR OWNS 16.5% IN R VICENTE CO.INC. CORPORATIO | 50,000.00 | 40,400.00 | | 0.00 | 40,400.00 |
| 11. IRAS | 40,333.00 | 0.00 | DA | 0.00 | FA |
| 12. EQUIPMENT USED N HOUSE FOR BUSINESS PURPOSE. LABTO | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 13. FINANCIAL ACCOUNTS (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| DORAL DIAMANTE ACCT #1700011800 | | | | | |
| 14. FINANCIAL ACCOUNTS (u) | 100.00 | 100.00 | DA | 0.00 | FA |
| MULTICUENTA POPULAR #110290232 | | | | | |
| 15. FURS AND JEWELRY | 10,950.00 | 10,950.00 | | 0.00 | 10,950.00 |
| EX SPOUSE JEWELRY, INCLUDING BUT NO LIMITED TO 1 CARTIER WATCH $1,200 1 ROLEX WATCH $3,000 2 MOVADO WATHES $1,200 1 GUCCI WATCH $300 WEDDING RINGS $1,700 BRILLANT RING $4,000 NECKASE WITH DIAMONDS $3,500 | | | | | |

LFORM1

Ver: 16.01b

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 2

Case No: 10-07050 BKT Judge: Brian Tester  
Case Name: VICENTE ALBA, RAMON M  
Trustee Name: NOREEN WISCOVITCH-RENTAS  
Date Filed (f) or Converted (c): 08/03/10 (f)  
341(a) Meeting Date: 09/07/10  
Claims Bar Date: 12/26/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| MISC JEWELS IN EMERALDS, SILVER, GOLD, ESTIMATED IN APROXIMATELLY $7,000 TOTAL $21,900 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $683,033.00     $72,751.00     $0.00     Gross Value of Remaining Assets $71,151.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to determiine value of realties and personal property. File suit if necessary to sell realty and obtain personal property. September 09, 2010, 10:02 pm

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12